

# In the Missouri Court of Appeals
# Eastern District

MARCH 11, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.	ED99239	GENE RADEMACHER, APP V JANET RADEMACHER ET AL, RES

2.	ED99518 STATE OF MISSOURI, RES V DEMETRIUS HULSEY, APP

3.	ED99721 RICARDO A. CUEVAS, APP V STATE OF MISSOURI, RES

4.	ED99751 STATE OF MISSOURI, RES V RICKY LANE, APP

5.	ED99765 KEVIN MCDAVIS, APP V STATE OF MISSOURI, RES

6.	ED99838 STATE OF MISSOURI, RES V SAMIE JAY LOUIS, APP

7.	ED99844 ALFRED WEAVER, APP V MIDAMERICA HOTELS & DES, RES

8.	ED99864 LATRAIL R. YOUNG, APP V STATE OF MISSOURI, RES

9.	ED99921 STATE OF MISSOURI, RES V RICHARD LYNCH, APP

10.	ED99922 L. SMITH, RES V. PROGRESSIVE PREFERRED INS CO, APP



# In the Missouri Court of Appeals
# Eastern District

MARCH 11, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.   ED100034   MICHAEL J. BOND, APP V STATE OF MISSOURI, RES

12.   ED100077 STATE OF MISSOURI, RES V JERRY L. DYE, APP

13.   ED100250 MULIJA KADRIC, APP V. CENTAUR BLDG & SIF, RES

14.   ED100268 TERRELL WEST, APP V STATE OF MISSOURI, RES

15.   ED100630 STATE OF MISSOURI, APP V GERMAINE MOREHOUSE, RES